PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 30 2007

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

U. S. A. vs. Marcello J. Stacconi                                      Docket No. 1:07-CR-034-01-CAP

### PETITION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW N. Keith Scott PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Marcello J. Stacconi who was placed on supervision for the offense of Conspiracy to Possess With Intent to Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. §846, by the Honorable Thomas J. McAvoy sitting in the Court at Allenwood, NY, on the 19th day of December, 2002, who fixed the period of supervision at 60 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall not possess a firearm as defined in 18 U.S.C. §921.

2. The defendant shall participate in a program for substance abuse which may include testing for drug and alcohol use and outpatient and/or inpatient treatment. The program shall be approved by the U. S. Probation Office. The defendant shall contribute to the cost of services rendered in an amount to be determined by the U. S. Probation Officer based on ability to pay or availability of third party payments.

*On December 22, 2006, transfer of jurisdiction was accepted in the Northern District of Georgia.*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On July 30, 2007, the defendant possessed illegal drugs in that a urine specimen collected from him that date tested positive for cocaine.

PRAYING THAT THE COURT WILL ORDER the conditions of Supervised Release be modified to include the following:

The defendant shall reside in a Community Sanctions Center (half-way house) for a period of up to six (6) months as designated, and participate in all required programs and abide by the rules and regulations of the half-way house.

| | |
|---|---|
| ORDER OF COURT | Respectfully, |

Considered and ordered this \_\_\_\_22\_\_\_\_ day of

August, 2007, and ordered filed and made a part of

the records in the above case.

_____
Honorable Charles A. Pannell, Jr.
U. S. District Court Judge

_____
N. Keith Scott
Sr. U. S. Probation Officer

Place:   Atlanta, Georgia

Date:    August 21, 2007

_____
Leigh A. Knight
Supervising U. S. Probation Officer