PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 24 2009

JAMES N. HATTEN, Clerk
By: Deputy Clerk

U. S. A. vs. Marcello J. Stacconi            Docket No. 1:07-CR-034-01-CAP

## PETITION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW N. Keith Scott PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Marcello J. Stacconi who was placed on supervision for the offense of Conspiracy to Possess With Intent to Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. §846, by the Honorable Thomas J. McAvoy sitting in the Court at Allenwood, NY, on the 19th day of December, 2002, who fixed the period of supervision at 60 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall not possess a firearm as defined in 18 U.S.C. §921.

2. The defendant shall participate in a program for substance abuse which may include testing for drug and alcohol use and outpatient and/or inpatient treatment. The program shall be approved by the U. S. Probation Office. The defendant shall contribute to the cost of services rendered in an amount to be determined by the U. S. Probation Officer based on ability to pay or availability of third party payments.

3. The defendant shall serve three (3) consecutive weekends of forty-eight (48) consecutive hours each in a designated jail facility as directed by the U. S. Probation Office. *(Added via modification on April 25, 2007).*

4. The defendant shall reside in a Community Sanctions Center (half-way house) for a period of up to six (6) months as designated, and participate in all required programs and abide by the rules and regulations of the half-way house. *(Added via modification on August 22, 2007).*

***On December 22, 2006, transfer of jurisdiction was accepted in the Northern District of Georgia.***

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

1. <u>The defendant shall not commit another federal, state or local crime. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.</u>

    (a) On July 29, 2008, the defendant was issued a citation by Atlanta (GA) Police for Driving With an Expired Tag. The charge was subsequently dismissed. The defendant failed to report this law enforcement contact to the probation officer as directed.

    (b) On October 4, 2008, the defendant committed the offenses of Speeding (99/55 mph) and Failure to Change Address on Driver's License, in Dekalb County, Georgia. The defendant was fined $600. The defendant failed to report this law enforcement contact to the probation officer as directed.

    (c) On March 16, 2009, the defendant committed the offenses of Failure to Stop at Stop Sign and Driving Without a Tag in Milton, Georgia. The defendant was fined $303.

    (d) On June 25, 2009, the defendant committed the offense of Illegally Dumping Trash in Atlanta, Georgia. The defendant was sentenced to six months probation and fined $380. The defendant failed to report this law enforcement contact to the probation officer as directed.

2. <u>The defendant shall report to the probation officer as directed by the Court or the probation officer and shall submit a truthful and complete written report within the first five days of each month.</u>

   (a) The defendant failed to submit Monthly Supervision Reports as directed for the months of January, February, April, May, June and July 2009.

   (b) The defendant failed to report to the probation officer as directed on September 1, 2009, September 15, 2009, and September 29, 2009.

3. <u>The defendant shall participate in a program of substance abuse which may include testing for drug and alcohol use and outpatient and/or inpatient treatment.</u>

   The defendant failed to submit to drug testing as directed on August 5, 2008, November 25, 2008, April 15, 2009, and July 2, 2009.

PRAYING THAT THE COURT WILL ORDER the conditions of Supervised Release be modified to include the following:

The defendant shall perform 80 hours of community service work as directed by the U. S. Probation Officer and abide by the conditions of the Community Service Agreement.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 23 day of Nov, 2009 | _____<br>N. Keith Scott<br>Sr. U. S. Probation Officer |
| and ordered filed and made a part of the records in the above case. | Place: Newnan, Georgia |
| | Date: November 13, 2009 |
| _____<br>Honorable Charles A. Pannell, Jr.<br>U. S. District Court Judge | _____<br>Jan M. Kay<br>Supervising U.S. Probation Officer |